```
                                              FILED
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2006 APR 28  PM 3: 16

                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY BAUMAN | CIVIL ACTION |
| VERSUS | NO. 05-5463 |
| SGT. TUSHANNA TERRELL, ET AL. | SECTION "S" (1) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss is **DENIED**.

New Orleans, Louisiana, this _28_ day of _April_, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___
```